IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALANTE MANIGAULT | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| JOHN E. WETZEL, et al. | : | NO. 13-3135 |

**ORDER**

AND NOW, this 1st day of October, 2013, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The above captioned habeas case is stayed and shall be held in abeyance until the resolution of pending related state court proceedings.

3. Petitioner shall monitor the state court proceedings and shall notify this court within thirty (30) days of the conclusion of his state court proceedings. Failure to so notify the court may result in dismissal of the petition for a writ of habeas corpus without prejudice.

4. Petitioner's request for appointment of counsel is **DENIED** without prejudice.

5. A certificate of appealability shall not be issued.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.